**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————

**No. 02-6877**

————

STEVEN EDWARD SNIPES,

                               Petitioner - Appellant,

     versus

THEODIS BECK, Secretary, North Carolina
Department of Corrections,

                               Respondent - Appellee.

————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., District Judge. (CA-01-983-1)

————

Submitted: November 18, 2002    Decided: December 13, 2002

————

Before WILKINS, MICHAEL, and GREGORY, Circuit Judges.

————

Dismissed by unpublished per curiam opinion.

————

Steven Edward Snipes, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven Edward Snipes seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Snipes has not made a substantial showing of the denial of a constitutional right. See Snipes v. Beck, No. CA-01-983-1 (M.D.N.C. filed May 13, 2002; entered May 14, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2